**FILED**

NOV 12 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLITON JOHNSON, | No. C 14-2948 LHK (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| WARDEN RANDY GROUNDS, | |
| Respondent. | |

On June 25, 2014, petitioner, a state prisoner proceeding *pro se*, filed a federal writ of habeas corpus.[1] On October 2, 2014, the court denied petitioner's motion for leave to proceed in forma pauperis, and conducted an initial screening of the petition. The court ordered petitioner to pay the $5.00 filing fee within thirty days or face dismissal of this action. To date, petitioner has not paid the filing fee or otherwise communicated with the court. As more than thirty days have passed since petitioner was instructed pay the filing fee, this case is DISMISSED without prejudice. The clerk shall terminate all pending motions and close the case.

IT IS SO ORDERED.

DATED: 11/12/14

LUCY H. KOH
United States District Judge

---

[1] This matter was initially assigned to a magistrate judge. After petitioner declined magistrate judge jurisdiction, this case was reassigned to the undersigned on July 22, 2014.

Order of Dismissal
P:\PRO-SE\LHK\HC.14\Johnson948disifp.wpd